MARIA SANCHEZ
12462 OSBORNE STREET
PACOIMA CA 91331
(818) 998-2639

MOVING PARTY: IN PROPRIA PERSONA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA CV14 04530 -

| | |
|---|---|
| SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUST <br>     Plaintiffs <br><br> -vs- <br><br> LUZ CARMONA; ROSA CARMONA DOES 1 TO 10 <br><br>     Defendants. | CASE NO: _____ <br><br> CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION <br> **14P 03130** <br> TO FEDERAL COURT UNDER 28 U.S.C. SECTION 1446 |

I, **LUIS ESCOBAR** certifies and declares as follows:

1]. I am over the age of 18 years, and not a party to this action.

2]. My address is: 7401 South Crenshaw Blvd. – Los Angeles, CA. 90043

---

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION

-1-

|   |   |
|---|---|
| 1 | Which is located in the City, County and State where the maling below took |
| 2 | place. |
| 3 | 3].  On **JUNE 11th 2014**, I deposited in the United States mail at Los Angeles, |

3]. On **JUNE 11th 2014**, I deposited in the United States mail at Los Angeles, California, a copy of the REMOVAL TO FEDERAL COURT, signed and dated **JUNE 11th 2014**. And a copy of which is attached to this Certificate. See also, attached service list.

I declare and certify under the penalty of perjury that the foregoing is true and correct.

**JUNE 11th 2014**

_____
LUIS ESCOBAR, Declarant

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

-2-

# CASE SERVICE LIST

# SHARON EVENHAIM vs LUZ CARMONA

# LOS ANGELES COUNTY SUPERIOR

# COURT CASE NUMBER: 14P 03130

DENNIS P. BLOCK Esq. 70194
DENNIS P. BLOCK & ASSOCIATES
5437 Laurel Canyon Blvd., Second Floor
Valley Village, CA 91607
Office  (323) 938-2868  Fax (323) 938-6069

---

CASE  SERVICE  LIST

-3-